United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Myra Yvonne Thompson<br>586 10Th Ave. Ne<br>Cairo, GA 39828 | Chapter 13<br><br>Case No. 12-10244-AEC |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $1298.09 in unclaimed funds of Best Buy Auto Of Bainbridge, creditor.

Last Known Address (Most recent listed left to right):

Best Buy Auto Of Bainbridge
Po Box 7084
Bainbridge, GA 39818-7084


Dated: 4/20/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee